**FILED**
July 8, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05mj197 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| Mourad Suleiman, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Mourad Suleiman Case No. 2:05mj197 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_    Release on Personal Recognizance

     \_    Bail Posted in the Sum of _____

         \_    Unsecured Appearance Bond

         X    Appearance Bond with 10% Deposit

         \_    Appearance Bond with Surety

         \_    Corporate Surety Bail Bond

     X    (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on July 8, 2005  at 2.55 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge