PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-197 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING PRELIMINARY |
| | ) | HEARING |
| | ) | |
| MOURAD HAMED SULEIMAN | ) | Hon. KIMBERLY J. MUELLER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER

KMETO, and the United States of America, through its counsel of record, ROBIN R.

TAYLOR, stipulate and agree to the following:

1. The presently scheduled date of July 28th 2005 for Preliminary Hearing
shall be vacated and said Preliminary Hearing be rescheduled for
August 2nd , 2005 at 2:00 p.m..

The Defense needs additional time to adequately prepare for Preliminary

Hearing.  Further, defense counsel will be unavailable on the currently scheduled

date, July 28, 2005 since he is in trial in state court.  Defendant is out of custody.

// //

IT IS SO STIPULATED.

Dated: _____                              /s/ _____
                                              ROBIN R. TAYLOR
                                              Assistant U.S. Attorney
                                              for the Government


Dated: _____                              /s/ _____
                                              PETER KMETO
                                              Attorney for Defendant
                                              MOURAD HAMED SULEIMAN

ORDER

        UPON GOOD CAUSE SHOWN, the consent of the defendant, and the

stipulation of all parties, it is ordered that the Preliminary Hearing be  continued as

set forth above.  Fed. R. Crim. P. 5.1(d).


DATED:  July 27, 2005.


_____
UNITED STATES MAGISTRATE JUDGE

- 2 -