PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 205-CR 00303 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE AND |
| | ) | FINDING EXCLUDABLE |
| MOURAD HAMED SULEIMAN | ) | TIME |
| | ) | |
| Defendant. | ) | |

Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN R. TAYLOR, stipulate and agree to the following:

1. The presently scheduled date of September 9th 2005 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for October 14, 2005 at 9:00 a.m..

2. Discovery currently consists of 1626 pages including numerous financial documents thus making it appropriate for the court to make a finding of complexity pursuant to Local Code T-2.

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2), for defense counsel's review of recently disclosed voluminous discovery and victim/witness statements.

- 1 -

IT IS SO STIPULATED.

Dated: _____          /s/ _____
                          ROBIN R. TAYLOR
                          Assistant U.S. Attorney
                          for the Government


Dated: _____          /s/ _____
                          PETER KMETO
                          Attorney for Defendant
                          MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2) until October 14, 2005 to permit defense counsel to prepare for pretrial proceedings.

Dated: September 8, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge