1 | PETER KMETO
Attorney at Law
2 | State Bar No. 78827
1007 Seventh Street, Suite 318
3 | Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714
4 |
Attorney for: MOURAD HAMED SULEIMAN
5 |
6 | IN THE UNITED STATES DISTRICT COURT
7 | FOR THE EASTERN DISTRICT OF CALIFORNIA
8 |
9 | UNITED STATES OF AMERICA,                )      No. 205-CR 00303 GEB
                                             )
10 |                    Plaintiff,            )
                                             )      STIPULATION AND ORDER
11 |           vs.                           )      CONTINUING STATUS
                                             )      CONFERENCE AND
12 |                                         )      FINDING EXCLUDABLE
     MOURAD HAMED SULEIMAN                   )      TIME
13 |                                         )
                     Defendant.              )
14 | _____   )

15 |        Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER

16 | KMETO, and the United States of America, through its counsel of record, ROBIN R.

17 | TAYLOR, stipulate and agree to the following:

18 |        1. The presently scheduled date of November 4th, 2005  for Status

19 | Conference Hearing shall be vacated and said Status Conference Hearing

20 | be rescheduled for December 2nd , 2005 at 9:00 a.m..

21 |        2. Discovery currently consists of 1626 pages including numerous financial

22 | documents.  The government has recently summarized the alleged loss and

23 | is in the process of providing said summary to the defense.  Therefore, it is

24 | appropriate for the court to make a finding of complexity pursuant to Local

25 | Code T-2.

26 |        3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

27 | 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2), for defense counsel's

28 |                                        - 1 -

1   review of recently disclosed voluminous discovery, victim/witness statements

2   and soon to be discovered loss summary .

3   IT IS SO STIPULATED.

4   Dated: _____                    /s/_____
                                        ROBIN R. TAYLOR
5                                       Assistant U.S. Attorney
                                        for the Government
6

7

8   Dated: _____                    /s/_____
                                        PETER KMETO
9                                       Attorney for Defendant
                                        MOURAD HAMED SULEIMAN
10

11                                ORDER

12         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

13   ordered that the Status Conference be continued as set forth above.

14         The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

15   and (B)(ii), (Local Codes T-4 and T-2) until December 2, 2005 to permit defense

16   counsel to prepare for pretrial proceedings.

17

18   DATED:   November 7, 2005

19                                       /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
20                                       United States District Judge

21

22

23

24

25

26

27

28                                    - 2 -