1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   In re Search Warrant,           )      Misc No. 05-SW-166
10                                  )      CR. No. S-05-0303 GEB
        2751 West River Drive,      )
11      Apartment number 822,       )
        Sacramento, CA 95833;       )
12                                  )
        a silver Nissan Titan       )      APPLICATION FOR UNSEALING
13      truck and/or a black        )      ORDER; AND ORDER
        Mercedes-Benz S500,         )
14      and a silver-blue BMW       )
        convertible; and            )
15                                  )
        the person of Mourad        )
16      Hamed Suleiman.             )
                                    )
17          [sealed]                )
                                    )
18  _____)

19      The United States hereby applies for an Order unsealing the

20  search warrant and affidavit in this matter, as well as the

21  Application for Sealing Order, Declaration in Support Thereof,

22  and Order, as the defendant has been arrested.

23  DATED: November 8, 2005

24                          /s/ Robin R. Taylor
                            ROBIN R. TAYLOR
25                          Assistant U.S. Attorney

26

27

28

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   In re Search Warrant,          )      Misc No. 05-SW-166
10                                 )      CR. No. S-05-0303 GEB
        2751 West River Drive,     )
11      Apartment number 822,      )
        Sacramento, CA 95833;      )
12                                 )
        a silver Nissan Titan      )
13      truck and/or a black       )      ORDER
        Mercedes-Benz S500,        )
14      and a silver-blue BMW      )
        convertible; and           )
15                                 )
        the person of Mourad       )
16      Hamed Suleiman.            )
                                   )
17          [sealed]               )
                                   )
18  _____)

19      Upon application of the United States of America and good

20  cause having been shown,

21      IT IS HEREBY ORDERED that the documents filed in the above-

22  captioned matter are hereby ordered unsealed as the defendant has

23  been arrested.

24  DATED: November 8, 2005.

25

26                          _____
                            DALE A. DROZD
27                          UNITED STATES MAGISTRATE JUDGE

28  Ddad1/orders.criminal/searchwarrant0303.ord


                                   2