McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-05-0303 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | SCHEDULING STATUS CONFERENCE, |
| ) | AND EXCLUDING TIME UNDER SPEEDY |
| MOURAD HAMED SULEIMAN, ) | TRIAL ACT |
| ) | |
| Defendant. ) | Ctrm: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

     The United States of America, by and through its attorney, Robin R. Taylor; and the defendant, MOURAD HAMED SULEIMAN, through his attorney, Peter Kmeto, stipulate and agree to continue the status conference currently set for December 2, 2005 to December 16, 2005.  Counsel for the government is out of state at a conference and will not be available on December 2, 2005.

     It is further requested that the Court further exclude time from December 2, 2005, to, and including, December 16, 2005, from computation of time within which the trial of this case must be commenced pursuant to Local Code T4 (give the parties reasonable time to prepare).

///

1

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: November 21, 2005      By: /s/ Robin R. Taylor
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney



DATED: November 21, 2005      By:/s/ Peter Kmeto
                                    PETER KMETO, ESQ.
                                    Counsel for Mourad Suleiman


_____

IT IS SO ORDERED

DATED:  November 29, 2005
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

2