PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MOURAD HAMED SULEIMAN<br><br>    Defendant. | No. 205-CR 00303 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |

Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN R. TAYLOR, stipulate and agree to the following:

1. The presently scheduled date of December 16th, 2005 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for January 13th, 2006 at 9:00 a.m..

2. Discovery currently consists of 1626 pages including numerous financial documents. The government has recently summarized the alleged loss and has provided said summary to the defense. Defense is now in the process of analyzing the summary. Therefore, it is appropriate for the court to make a finding of complexity pursuant to Local Code T-2.

3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2), for defense counsel's

- 1 -

review of recently disclosed voluminous discovery, victim/witness statements and recently discovered loss summary .

IT IS SO STIPULATED.

Dated: _____     /s/ _____
ROBIN R. TAYLOR
Assistant U.S. Attorney
for the Government


Dated: _____     /s/ _____
PETER KMETO
Attorney for Defendant
MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2) until January 13th, 2006 to permit defense counsel to prepare for pretrial proceedings.


DATED:   December 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -