```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-05-0303 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | RESCHEDULING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME UNDER THE SPEEDY |
| ) | TRIAL ACT |
| ) | |
| MOURAD HAMED SULEIMAN, ) | |
| ) | Ctrm: Hon. Garland E. Burrell, Jr. |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by and through Assistant U.S. Attorney Robin R. Taylor, and defendant Mourad Hamed Suleiman, by and through counsel Peter Kmeto, stipulate and agree that the status conference scheduled for January 13, 2006, should be continued to February 10, 2006.  The parties further request that time be excluded under the Speedy Trial Act from January 13, 2006, a through and including February 10, 2006, pursuant to local code T-4.  This request is based on the fact that defense counsel is currently in a trial before the Hon. Frank C. Damrell, Jr., and needs

///

///

1

1  additional time to review case documents and confer with his client
2  regarding case resolution.
3  DATED: January 12, 2006                McGREGOR W. SCOTT
                                          United States Attorney
4
5                                         By:/s/ Robin R. Taylor
                                             ROBIN R. TAYLOR
6                                            Assistant U.S. Attorney
7
8  DATED: January 12, 2006                By:/s/ Peter Kmeto
                                             PETER KMETO, ESQ.,
9                                            Attorney for defendant
                                             MOURAD HAMED SULEIMAN
10
11 Dated:  January 13, 2006
12
                                          /s/ Garland E. Burrell, Jr.
13                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
14