McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S. 05-0303 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AUTHORIZING |
| v. | ) | ISSUANCE OF FED. R. CRIM. P. |
| | ) | 17(c) SUBPOENAS FOR THE PRE- |
| MOURAD SULEIMAN | ) | TRIAL PRODUCTION OF DOCUMENTS |
| | ) | |
| Defendant. | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED:

1.  The government may issue a Rule 17(c) subpoena to Marriott Hotel, Cleveland, Ohio for records as follows:

For the time period of January 1, 2006, to the present,

    1. All hotel records regarding payments made by Mourad Suleiman and/or Mark Suleiman for rooms and/or services at the hotel; and

    2. Other documents reflecting payments such as credit card account numbers, personal checks, money orders, wire transfers used by Mourad Suleiman and/or Mark Suleiman to pay for rooms and/or services.

///

1

3. The records are returnable to the United States Attorney's Office for the Eastern District of California.

4. The government shall provide copies to defense counsel upon receipt.

IT IS SO ORDERED.

Dated:  February 9, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

2