PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 205-CR 00303 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS |
| | ) | CONFERENCE AND |
| | ) | FINDING EXCLUDABLE |
| MOURAD HAMED SULEIMAN | ) | TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER

KMETO, and the United States of America, through its counsel of record,

CHRISTINE WATSON, stipulate and agree to the following:

1. The presently scheduled date of March 24th, 2006  for Status Conference

Hearing shall be vacated and said Status Conference Hearing be

rescheduled for April 28th , 2006 at 9:00 a.m..

2. Discovery currently consists of 1626 pages including numerous financial

documents.  The government has recently summarized the alleged loss and

has provided said summary to the defense. Defense has been unable to

complete the process of analyzing this summary due to the fact that defense

counsel has been unavailable as a result of his participation in the 5 month

long federal jury trial of *U.S. v. Greer, et. al.*.  That trial will come to an end

within the next few days after which defense counsel will be available to

- 1 -

1    complete the analysis of the prosecution's case. Therefore, it is appropriate

2    for the court to make a finding of complexity pursuant to Local Code T-2.

3    3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

4    3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2), for defense counsel's

5    review of voluminous discovery, victim/witness statements and recently

6    discovered loss summary .

7    IT IS SO STIPULATED.

8    Dated: _____          /s/ _____
                              CHRISTINE WATSON
9                             Assistant U.S. Attorney
                              for the Government
10

11

12   Dated: _____          /s/ _____
                              PETER KMETO
13                            Attorney for Defendant
                              MOURAD HAMED SULEIMAN
14

15                            ORDER

16         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

17   ordered that the Status Conference be continued as set forth above.

18         The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

19   and (B)(ii), (Local Codes T-4 and T-2) until January 13th, 2006 to permit defense

20   counsel to prepare for pretrial proceedings.

21   Dated: April 19, 2006

22

23                            /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
24

25

26

27

28                            - 2 -