1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTINE S. WATSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )      CASE NO.  05-0303 GEB
                                   )                (05-0197 KJM)
13            Plaintiff,           )
                                   )      STIPULATION AND ORDER AMENDING
14      v.                         )      CONDITIONS OF PRETRIAL RELEASE
                                   )      TO INCLUDE DRUG TESTING
15                                 )
    MOURAD HAMED SULEIMAN,         )
16                                 )
                                   )
17            Defendant.           )
    _____)
18

19       Plaintiff, United States of America, by and through Assistant

20  United States Attorney Christine S. Watson, and defendant Mourad

21  Hamed Suleiman, by and through counsel Peter Kmeto, hereby stipulate

22  and agree that the July 8, 2005 Order for Release of Person in

23  Custody, which currently contains eight special conditions of

24  release, should be modified to include drug use and testing

25  provisions, as follows:

26       9.      You shall refrain from excessive use of alcohol
                 or any use of a narcotic drug or other controlled
27               substance without a prescription by a licensed medical
                 practitioner; and you shall notify Pretrial Services
28

                                   1

1  immediately of any prescribed medication(s).  However
   medicinal marijuana, prescribed or not, may not be used.

2

3  10.      You shall submit to drug or alcohol testing as
   approved by the pretrial services officer.

4  This request is based on the fact that the government has

5  received information that the defendant may be using drugs while on

6  pretrial release.  Counsel has discussed the proposed additional

7  condition of release with the defendant.  The Pretrial Services

8  Officer, Sandra Hall, does not oppose the request and provided the

9  drug testing language to the parties.

10

11  DATED: April 27, 2005                McGREGOR W. SCOTT
                                         United States Attorney

12

13                                       By: /s/ Christine S. Watson
                                         CHRISTINE S. WATSON
14                                       Assistant U.S. Attorney

15

16  DATED: April 27, 2005                By: /s/Christine S. Watson for
                                         PETER KMETO, ESQ.
17                                       Attorney for
                                         MOURAD HAMED SULEIMAN

18

19

20  IT IS SO ORDERED.

21  DATED:  April 27, 2006.

22

23

24  _____
    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                           2