PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MOURAD HAMED SULEIMAN<br><br>　　　　Defendant. | No. 205-CR 00303 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |

　　　　Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, KENNETH MELIKIAN, stipulate and agree to the following:

　　　　1. The presently scheduled date of June 2, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for July 7, 2006 at 9:00 a.m..

　　　　2. The defense has completed its review of government discovery, including loss summaries. Defense is now in a position to intelligently conduct defense investigation into issues of fact raised in the government's discovery. To that end, both parties believe it appropriate to continue

/////
/////
/////

- 1 -

the Status Conference Hearing currently scheduled and reset same to July 7, 2006.

IT IS SO STIPULATED.

Dated: _____ /s/
KENNETH MELIKIAN
Assistant U.S. Attorney
for the Government

Dated: _____ /s/
PETER KMETO
Attorney for Defendant
MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2) until July 7, 2006 to permit defense counsel to prepare for pretrial proceedings.

Dated: June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -