PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 205-CR 00303 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |
| vs. | ) | |
| | ) | |
| MOURAD HAMED SULEIMAN | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, KENNETH MELIKIAN, stipulate and agree to the following:

1. The presently scheduled date of July 7, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for August 25, 2006 at 9:00 a.m..

2. Defense has been diligently conducting its own investigation into issues of fact raised in the government's discovery. Defense investigator, Glenn Walker is unavailable to finish the investigation during the month of July 2006 due to the fact that he is on vacation. With this in mind, both parties believe it appropriate to continue the Status Conference Hearing currently scheduled and reset same to August 25, 2006.

- 1 -

IT IS SO STIPULATED.

Dated: _____        /s/ _____
                      KENNETH MELIKIAN
                      Assistant U.S. Attorney
                      for the Government

Dated: _____        /s/ _____
                      PETER KMETO
                      Attorney for Defendant
                      MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2) until August 25, 2006 to permit defense counsel to prepare for pretrial proceedings.

Dated: July 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -