PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MOURAD HAMED SULEIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOURAD HAMED SULEIMAN<br><br>　　　　　Defendant. | No. 205-CR 00303 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FINDING EXCLUDABLE TIME |

　　　Defendant, MOURAD HAMED SULEIMAN, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, KENNETH MELIKIAN, stipulate and agree to the following:

　　　1. The presently scheduled date of August 25, 2006 for Status Conference Hearing shall be vacated and said Status Conference Hearing be rescheduled for September 29, 2006 at 9:00 a.m..

　　　2.  Defense has been diligently conducting its own investigation into issues of fact raised in the government's discovery.  Defense investigator, Glenn Walker was unavailable to finish the investigation during the month of July 2006 due to the fact that he was on vacation. Mr. Walker requires the additional time to complete said investigation. With this in mind, both parties believe it appropriate to continue the Status Conference Hearing currently scheduled, and reset same to September 29, 2006, and to exclude time

- 1 -

through September 29th from computation under the Speedy Trial Act pursuant to local codes T4 and T2 .

IT IS SO STIPULATED.

Dated: _____                /s/ KENNETH MELIKIAN
                                Assistant U.S. Attorney
                                for the Government


Dated: _____                /s/ PETER KMETO
                                Attorney for Defendant
                                MOURAD HAMED SULEIMAN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Status Conference be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii), (Local Codes T-4 and T-2) until September 29th, 2006 to permit defense counsel to prepare for pretrial proceedings.

Dated: August 24, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

- 2 -