McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-05-303 GEB |
| Plaintiff, | |
| v. | STIPULATION; ORDER |
| MOURAD HAMED SULEIMAN, , | |
| Defendants. | |

    Defendant Mourad Hamed Suleiman, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 3, 2006. The parties further stipulate that a change of plea hearing be placed on the court's November 17, 2006, calendar.

    The parties have negotiated a plea agreement in this case. The United States, however, must memorialize that plea agreement in writing. After it does so, the parties may need to discuss some minor details. After that, defense counsel will review the terms of the plea agreement with the defendant.

///

1

1     Accordingly, the parties request that the status conference
2 in this case be continued to November 17, 2006, for a change of
3 plea hearing.  All parties  agree that time should be excluded
4 through November 17, 2006, from computation under the Speedy
5 Trial Act pursuant to local code T4 (18 U.S.C. §
6 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
7 time to prepare his case.

8 DATED: November 2, 2006        Respectfully submitted,

9                                        McGREGOR W. SCOTT
                                       United States Attorney
10

11
                               By:/s/ Kenneth J. Melikian
12                                  KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney
13

14 DATED: November 2, 2006        /s/ Kenneth J. Melikian
                                 PETER KMETO
15                                  Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
16                                  per  authorization by Peter
                                 Kmeto)
17

18

19     IT IS SO ORDERED.

20

21 DATED: November 3, 2006

22

23                                  _____
                                 GARLAND E. BURRELL, JR.
24                                  United States District Judge

25

26

27

28