```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>MOURAD HAMED SULEIMAN,<br>,<br>            Defendants. | CR. NO. S-05-303 GEB<br><br>STIPULATION; ORDER |

    Defendant Mourad Hamed Suleiman, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 17, 2006.  The parties further stipulate that a change of plea hearing be placed on the court's December 8, 2006, calendar.

    The parties have negotiated a plea agreement in this case, and the government has memorialized a draft of that plea agreement in writing.  The parties, however, are still negotiating significant details.  Both parties need additional time to finish working on these details, and defense counsel needs additional time to discuss these details with his client.

1   Accordingly, the parties request that the status conference
2 in this case be continued to December 8, 2006, for a change of
3 plea hearing.  All parties  agree that time should be excluded
4 through December 8, 2006, from computation under the Speedy Trial
5 Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to afford the defendant reasonable time to prepare his
7 case.

8 DATED: November 15, 2006          Respectfully submitted,

9                                   McGREGOR W. SCOTT
                                    United States Attorney
10

11
                                    By:/s/ Kenneth J. Melikian
12                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
13

14 DATED: November 15, 2006           /s/ Kenneth J. Melikian
                                    PETER KMETO
15                                  Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
16                                   per  authorization by Peter
                                     Kmeto)
17

18

19      IT IS SO ORDERED.

20 Dated:  November 16, 2006

21

22                                  _____
                                    GARLAND E. BURRELL, JR.
23                                  United States District Judge

24

25

26

27

28

2