1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CR. NO. S-05-303 GEB
                                    )
12                 Plaintiff,       )
                                    )   STIPULATION; ORDER
13       v.                         )
                                    )
14 MOURAD HAMED SULEIMAN,           )
                                    )
15                                  )
                   Defendant.       )
16 _____  )

17      Defendant Mourad Hamed Suleiman, through Peter Kmeto,

18 Attorney At Law, and the United States of America, through

19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

20 status conference scheduled for December 22, 2006.  The parties

21 further stipulate that a change of plea hearing be placed on the

22 court's January 12, 2007, calendar.

23      The parties have negotiated a plea agreement in this case,

24 and the government has memorialized a draft of that plea

25 agreement in writing.  The parties, however, are still

26 negotiating details.  Both parties need additional time to finish

27 working on these details, and defense counsel needs additional

28 time to discuss these details with his client.

                                  1

1    Accordingly, the parties request that the status conference

2   in this case be continued to January 12, 2007, for a change of

3   plea hearing.  All parties  agree that time should be excluded

4   through January 12, 2007, from computation under the Speedy Trial

5   Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in

6   order to afford the defendant reasonable time to prepare his

7   case.

8   DATED: December 19, 2006         Respectfully submitted,

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11
                                 By:/s/ Kenneth J. Melikian
12                                  KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
13

14  DATED: December 19, 2006         /s/ Kenneth J. Melikian_____
                                     PETER KMETO
15                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
16                                   per  authorization by Peter
                                     Kmeto)
17

18      IT IS SO ORDERED.

19
    Dated:  December 21, 2006
20

21  _____
    GARLAND E. BURRELL, JR.
22  United States District Judge

23

24

25

26

27

28