```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-05-303 GEB
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13       v.                      )
                                 )
14  MOURAD HAMED SULEIMAN,       )
                                 )
15                               )
                Defendants.      )
16  _____)
```

17       Defendant Mourad Hamed Suleiman, through Peter Kmeto,
18  Attorney At Law, and the United States of America, through
19  Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20  status conference scheduled for January 12, 2007.  The parties
21  further stipulate that a change of plea hearing be placed on the
22  court's February 9, 2007, calendar.
23       The parties have negotiated a plea agreement in this case,
24  and the government has memorialized a draft of that plea
25  agreement in writing.  The parties, however, are still
26  negotiating details.  Both parties need additional time to finish
27  working on these details, and defense counsel needs additional
28  time to discuss these details with his client.

1       Accordingly, the parties request that the status conference
2  in this case be continued to February 9, 2007, for a change of
3  plea hearing.  All parties  agree that time should be excluded
4  through February 9, 2007, from computation under the Speedy Trial
5  Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6  order to afford the defendant reasonable time to prepare his
7  case.

8  DATED: January 11, 2007           Respectfully submitted,

9                                    McGREGOR W. SCOTT
                                     United States Attorney

10                                   /s/ Kenneth J. Melikian
11                                   By:   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

13 DATED: January 11, 2007           /s/ Kenneth J. Melikian
                                     PETER KMETO
14                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                   per  authorization by Peter
                                     Kmeto)

18      IT IS SO ORDERED.

20 Dated:  January 16, 2007

22                                   _____
                                     GARLAND E. BURRELL, JR.
23                                   United States District Judge