```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  CR. NO. S-05-303 GEB
                                )
12              Plaintiff,      )
                                )  STIPULATION; ORDER
13      v.                      )
                                )
14 MOURAD HAMED SULEIMAN,       )
                                )
15              Defendant.      )
   _____)
16
```

17   Defendant Mourad Hamed Suleiman, through Peter Kmeto,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conference scheduled for February 9, 2007.  The parties
21 further stipulate that a change of plea hearing be placed on the
22 court's March 9, 2007, calendar.
23   The parties have negotiated a plea agreement in this case,
24 and the government has memorialized a draft of that plea
25 agreement in writing.  The parties, however, are still
26 negotiating details.  Both parties need additional time to finish
27 working on these details, and defense counsel needs additional
28 time to discuss these details with his client.

1

1     Accordingly, the parties request that the status conference
2 in this case be continued to March 9, 2007, for a change of plea
3 hearing.  All parties  agree that time should be excluded through
4 March 9, 2007, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
6 order to afford the defendant reasonable time to prepare his
7 case.

8 DATED: February 8, 2007       Respectfully submitted,

9                                   McGREGOR W. SCOTT
                                United States Attorney
10

11
                          By:/s/ Kenneth J. Melikian
12                             KENNETH J. MELIKIAN
                            Assistant U.S. Attorney
13

14 DATED: February 8, 2007       /s/ Kenneth J. Melikian
                              PETER KMETO
15                             Attorney for Defendant
                            (Signed by Kenneth J. Melikian
16                              per authorization by Peter
                            Kmeto)
17

18

19     IT IS SO ORDERED.

20 Dated:  February 9, 2007

21

22                             _____
                            GARLAND E. BURRELL, JR.
23                             United States District Judge

24

25

26

27

28