McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-303 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| v. | ) | |
| | ) | |
| MOURAD HAMED SULEIMAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Defendant Mourad Hamed Suleiman, through Peter Kmeto, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, hereby stipulate as follows:

    1.  The Memorandum by Probation Officer Terence E. Sherbondy dated August 10, 2007, recommends that the court order the defendant to make restitution in the following amounts: $133,417.47 in case number 2:05CR00303-01; $153,948.95, joint and several with Amir Noshin in case number 2:04CR00442-01; and $335,717.45, joint and several with Farrell Maharaj in case number 2:06CR00309-01.

///

1      2.  The recommended restitution amounts in Paragraph 1 above
2 are appropriate, and the court should order that the defendant
3 make restitution in those exact amounts.
4      3.  As there is no dispute between the Probation Officer,
5 defense counsel, and government counsel, the court should make
6 its findings regarding restitution forthwith, and the Hearing re
7 Restitution calendared for August 17, 2007, should be vacated.

8 DATED: August 14, 2007            Respectfully submitted,

9                                   McGREGOR W. SCOTT
                                    United States Attorney
10

11
                                    By:/s/ Kenneth J. Melikian
12                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
13

14 DATED: August 14, 2007            /s/ Kenneth J. Melikian
                                     PETER KMETO
15                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
16                                    per  authorization by Peter
                                      Kmeto)
17

18

19      IT IS SO ORDERED.

20 Dated:  August 14, 2007

21

22                                  _____
                                    GARLAND E. BURRELL, JR.
23                                  United States District Judge

2