IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MOURAD SULEIMAN,<br><br>    Defendant. | CASE NO. 2:05CR00303 GEB<br><br>[PROPOSED] ORDER AUTHORIZING APPLICATION OF CASH BOND DEPOSIT TO CRIMINAL DEBT |

The Court, having reviewed the court's files and the Motion for Order Authorizing Application of Cash Bond Deposit to Criminal Debt, and good cause appearing therefrom, hereby GRANTS the Motion.

Accordingly, IT IS ORDERED that the Clerk of the Court shall apply the bond monies totaling $10,000.00 posted by Defendant, plus any accrued interest to Defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: February 15, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE